176 So. 816

### METROPOLITAN LIFE INS. CO. v. Jesse JAMES.

8 Div. 843.

Supreme Court of Alabama

Nov. 4, 1937.

R. T. Simpson, R. T. Simpson, Jr., and L. A. May, all of Florence, for petitioner.

Chas. H. Eyster, of Decatur, and W. H. Mitchell and George B. Jones, both of Florence, for the State.

THOMAS, Justice.

Petition of Jesse James for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Metropolitan Life Ins. Co. v. James, 176 So. 813.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

176 So. 806

### Atterson HILL v. STATE.

7 Div. 472.

Supreme Court of Alabama.

Nov. 4, 1937.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Haralson & Crawford, of Fort Payne, for respondent.

PER CURIAM.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hill v. State, 176 So. 805.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.